RECEIVED IN
The Court of Appeals
Sixth District

JUN 19 2015

Texarkana, Texas
Debra Autrey, Clerk

COURT OF APPEALS

SIXTH APPELLATE DISTRICT

STATE OF TEXAS

FILED IN
The Court of Appeals
Sixth District

JUN 2 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

June 16, 2015

Honorable Justice Bailey C Mosely

BI-STATE Justice Building

100 North State Line Avenue #20

Texarkana, Texas 75501

RE: Appellate Case Number: 06-15-00034-CR

STYLE: Response to Denial of Realtor's Petition for Writ of Mandamus

Dear Honorable Justice

        I Randy Henderson, Appellant, Pro se, submitted a motion, on October 15, 2014, Pursuant to Texas Rules of Appellate Procedure, Specifically Rule 23.2(a) and (b) Pertaining to Judgment NUNC Pro Tunc Order, for the numbered Cause No. 03-F-0146-202.

        I would Like to address first, the courts opinion that Henderson only claims to have filed a petition with the 202nd Judical District Court of Bowie County, in October 2014 in Seeking Judgment NUNC Pro Tunc. Honorable Justice, in showing I will verify that Henderson motion was indeed sent to the 202nd District Court and (this) motion was filed stamped and signed by District Clerk, Bowie Co. TX Deputy Christina Holland on October 20, 2014 at 1:10 P.m. (see filed stamped copy). In addition you will find a copy of the original motion that was sent to the

TRIAL COURT and a copy of the FILED STAMPED COVER LETTER INSTRUCTING THE COURT CONCERNING THE MOTIONS.

Even Though the DISTRICT CLERK, did NOT FILE STAMP the MOTION ITSELF, Verification has been Shown THAT Through The File Stamping And Signature, OF The Cover Letter. THIS MOTION has been Presented and brought To The Courts attention, being received ON October 20, 2014, I pray That THIS WILL Supply The Courts WITH a sufficient Record, IN Showing That Henderson Sought The Courts properly IN Trying To Correct THIS Clerical Error That has been made.

ALSO I would Like To address another OPINION, MADE by The Court regarding Henderson did NOT Include an UNSWORN declaration under penalty OF Perjury That he had FILED a motion For Judgment NUNC Pro Tunc IN The TRIAL Court " on or about OCTober 16, 2014. HONorable Justice I pray That The UNSWORN Declaration Submitted now will be Sufficient IN VERIFYING all That (5) being address now ( See UNSWORN Declaration). AFFIDAVIT has Set FORTH Sufficient Facts That Should be admissable IN evidence To Support The position OF The Applicant. Henderson would further Show the Court, how Henderson Sentence Changed WITHout Judicial Proceeding Thru The Remarks Received from Bowie County by an entity Named OGC, using a Judgment OF NUNC Pro Tunc and a Legal opinion [NOT Law] (See INMATE Tracking System COMMITMENT DATA Form).

I Randy Henderson have Truly Sought The TRIAL COURTS IN CORRECTING These INaccurancies and deficiencies. Honorable Justice THIS ILLegal change has affected me greatly and the denial of Acess To the courts, has caused Applicant To recieve a new COMMITMENT ORDER WITHout Judical Proceeding which Henderson never knew about, for He never went To Court, SIGNED OR Thumb-printed. THIS new sentence IS INCorrect and does NOT apply To Henderson, but

Henderson would like to show the court the commitment order that does (see copies of original Judgment of Conviction By Jury; Sentence By Jury To Institutional Divison.

In closing Henderson has provided the court with VITAL evidence to show not just a clerical error, but a total change in his sentence that has cost him, Parole twice and allowed TDC State counsel for offenders to add a count seven to Henderson sentence to extend his parole date further. (See count seven Judgment Papers and S.C.F.O record updated see attached)

Honorable Justice I pray that I have now given you a clear view of great and many errors that has been made and I pray that my supporting documents has become a confirmation in supporting my concerns. I await your prompt response. Again Honorable Justice I only wish to clear this matter so that I may move forward with my life.

Respectfully yours

Randy Henderson #1170754
Randy Henderson, Pro Se
TDCJ-CID No. 1170754
George Beto Unit
1391 Fm 3328
Tennessee Colony, Texas 75880

IN THE COURT OF APPEALS

FOR THE SIXTH APPELLATE DISTRICT

TEXARKANA, TEXAS

NO. 06-15-00034-CR

IN RE: RANDY HENDERSON

ORIGINAL MANDAMUS PROCEEDING

TRIAL COURT Cause NO. 03-F-0146-202

Unsworn Declaration [Affidavit] of Randy Henderson
Pursuant To CIVIL Practices and Remedies Code
Sections 132.001(a) - 132.003

My NAME IS Randy Henderson. I am eighteen years (over and beyond) The age, OF Sound mind, capable OF making This [Affidavit] unsworn declaration and personally acquainted with The Facts herein stated,

1. I Filed a MOTION FOR Judgment NUNC Pro Tunc Order on or about October 16, 2014, with The 202nd DISTRICT Judicial Court OF Bowie County, Texas regarding a clerical error That extended my sentence, adding another fifteen (15) year sentence thru a modification without a Judicial Proceeding.

2. MORe than SIXTy-days (60) days have passed, CONTRibuting To an unreasonable delay.

3. Due process of Law affords me the opportunity to be heard

My name is Randy Henderson, My date of birth is August 27, 1964, and my Inmate identifying Number is, 1170754. I am presently incarcerated in the George Beto Unit in Tennessee Colony, Anderson County, Texas 75880. I declare under the penalty of Perjury that the foregoing is true and correct.

Executed on the 16 day of ___JUNE___, 2015

Randy Henderson TDCJ # 1170754

AFFIANT

Randy Henderson #1170754
George Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880



FILED FOR RECORD
2014 OCT 20 PM 1: 10

LILLY FOX
DISTRICT CLERK BOWIE CO. TX.
*Christina Holland*

October 15, 2014

Honorable Billy Fox Branson, District Clerk
Courthouse, 710 James Bowie Dr.
P.O. Box 248
New Boston, Texas 75570-0248

RE: Cause No. 03-F-0146-202

Dear Honorable Branson:

Enclosed, please find Motion for Judgment Nunc Pro Tunc Order. Please file stamp this document and bring to the attention of the Court.

Also, please find two originals of this copy letter. Please file stamp and return one (1) to me in the enclosed S.A.S.E.

Thank you very much for your time and attention to this matter.

Sincerely,

*Randy Henderson #1170754*
Randy Henderson, Pro se
TDCJ-CID NO. 1170754
George Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880

| | | |
|---|---|---|
| RANDY HENDERSON, | § | IN THE 202ND JUDICIAL |
| Appellant, | § | |
| | § | DISTRICT COURT OF |
| V. | § | |
| | § | BOWIE COUNTY, TEXAS |
| THE STATE OF TEXAS, | § | |
| Appellee. | § | HEARING REQUESTING |

## MOTION FOR JUDGMENT NUNC PRO TUNC ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Randy Henderson, Appellant, Pro se, Pursuant to Texas Rules of Appellate Procedure, specifically Rule 23.2(a) and (b), files this Motion for Judgment Nunc Pro Tunc Order in the above entitled and numbered cause, and in support would respectfully show:

### I.
### JURISDICTION

The Court has jurisdiction pursuant to Texas Rules of Appellate Procedure, rule 19.3(a), which invests the trial court with authority to correct clerical errors after expiration of a court's plenary power. "Nunc Pro Tunc order is the proper mode to correct a clerical error, in which no judicial reasoning contributed to their entry, and for some reason were not entered of record at the proper time. See Alvarez v. State, 605 S.W.2d 615 (Tex.Crim. App. 1980); Jenkins v. Jenkins, 16 S.W.3d 473.

### II.
### STATEMENT OF THE CASE

Appellant appearing before the Honorable Bill Peek, presiding in the 202nd Judicial District Court of Bowie County, Texas on May 1, 2003, having entered a plea of not guilty; sentenced to twenty (20) years in Count Six to run consecutive with Count Five (5), a fifteen (15) year sentence. Count One (1), Three (3) and Four (4) to run concurrent with Count Five (5) and Six (6).

## III.
## CLERICAL ERROR

The Texas Department of Criminal Justice (TDCJ) records reflect that Appellant's time calculation is erroneous, which manifest a clerical error. According to the Inmate Tracking System Commitment Data Form dated January 15, 2014, Appellant's Maximum Expiration date changed from 2023 to 2038 which adds a new fifteen (15) year sentence. This form states, in pertinent: "Due to legal opinion from OGC Counts 5 & 6 will only be stacked to CT 3 & 4." The Judgment of Conviction reflects that 3 & 4 as well as 1 is concurrent to 5 & 6. By stacking this to 5 & 6 adds a new sentence without a judicial proceeding. The State Counsel for Offenders returned count seven (7); not guilty.

Appellant, therefore, seek an order from the Court ordering TDCJ to adjust the inaccuracies and deficiencies in Appellant's records in regards to his sentence.

WHEREFORE PREMISES CONSIDERED, Appellant for reason shown moves the Honorable Court to issue the necessary Court Order ordering that the Texas Department of Criminal Justice records reflect the truth of what actually occurred.

Respectfully submitted,

*Randy Henderson*
Randy Henderson, Pro se

SID NO....: 04157703    TDC NO: 01170754    PIA NO:   000000
NAME......: HENDERSON,RANDY                 DOB: 08/27/1964   RACE: B SEX: M
RECEIVED..: 06/19/2003 UNIT..: B    BETO
SENT BEGN.: 04/29/2003                                                    S3
NET SENT..: 0035Y 00M 00D LEGISLATURE:    73RD      OUT OF CUST.:
MIN EXP DT: 01/01/0001    MS CALC CD.: N           BONUS TIME..:      0
MAX EXP DT: 04/28/2038    PAR CALC CD: FLAT ONLY   TDC CALC PAR: 10/28/2010
-------------------------------------------------------------------------------
      OFFENSE          MAX. TERM YMD  OFF DATE   SENT DATE CC P COURT/COUNTY
    DESCRIPTION        /SENT BEG                           CU L CAUSE
                       /MIN EXP      /MAX EXP    /PAROLE
                       /OUT OF CUST.
-------------------------------------------------------------------------------
   DWI                 0005Y 00M 00D 06/16/2001 05/01/2003 CC G 202 BOWIE
                       04/28/2003   JAIL GT:Y       01-F-0373-202       CNT:00
                       04/27/2008   04/27/2008 01/01/0001 MSCLC:    PRLCL:N
                       DEC: MBL1332  QCC: GME0339

   INDECENCY W/CHI     0008Y 00M 00D 03/01/2000 05/01/2003 CC N 202 BOWIE
   LD-EXPOSURE         04/29/2003   JAIL GT:Y       03-F-0146-202       CNT:01
                       04/29/2011   04/29/2011 01/01/0001 MSCLC:    PRLCL:N
                       DEC: GME0339  QCC: JCI9401

   INDECENCY W/CHI     0015Y 00M 00D 06/01/2000 05/01/2003 CU N 202 BOWIE
   LD-SEX CONTACT      04/29/2003   JAIL GT:Y       03-F-0146-202       CNT:03
                       04/28/2038   04/28/2038 10/27/2020 MSCLC:    PRLCL:F
                       DEC: GME0339  QCC: JCI9401

 **INDECENCY W/CHI    0015Y 00M 00D 10/01/2000 05/01/2003 CU N 202 BOWIE
   LD SEX-CONTACT      04/29/2003   JAIL GT:Y       03-F-0146-202       CNT:04
   now 15YR controlling 04/28/2038   04/28/2038 10/27/2020 MSCLC:    PRLCL:F
   not 20YR            DEC: GME0339  QCC: JCI9401

   INDECENCY W/CHI     0015Y 00M 00D 12/20/2000 05/01/2003 CU N 202 BOWIE
   LD SEX-CONTACT      04/29/2003   JAIL GT:Y       03-F-0146-202       CNT:05
                       01/01/0001   01/01/0001 01/01/0001 MSCLC:    PRLCL:F
                       DEC: MBL1332  QCC: GME0339

   INDECENCY W/CHI     0020Y 00M 00D 12/20/2000 05/01/2003 CU N 202 BOWIE
   LD-SEX CONTACT      04/30/2003   JAIL GT:Y       03-F-0146-202       CNT:06
                       01/01/0001   01/01/0001 01/01/0001 MSCLC:    PRLCL:F
                       DEC: CT00070  QCC: RHA9402

CONSECUTIVE RELATIONSHIPS:
001    03-F-0146-202       03   03-F-0146-202       05
002    03-F-0146-202       04   03-F-0146-202       05
003    03-F-0146-202       03   03-F-0146-202       06
004    03-F-0146-202       04   03-F-0146-202       06
JAIL GOOD TIME CREDITED FROM SENTENCE BEGIN DATE
70/72/73/80/81/82/83RD LEGIS: NON-MANDATORY SUPV PROSPECT
CALC. PAROLE ELIG. ON CALENDAR TIME                 03-F-0146-202       03
CALC. PAROLE ELIG. ON CALENDAR TIME                 03-F-0146-202       04

See next page.

No. 01-F-0374-202

| STATE OF TEXAS | )( | IN THE DISTRICT COURT FILED FOR RECORD |
|---|---|---|
| | )( | |
| VS. | )( | OF 03 MAY 23 AM 9:55 |
| | )( | |
| RANDY HENDERSON | )( | BOWIE COUNTY, TEXAS |

BILLY FOX
DIST. CLERK BOWIE CO TX
*Martha Roberts*

### MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her Assistant Criminal District Attorney, and respectfully requests the Court to dismiss the entitled numbered cause against the Defendant, RANDY HENDERSON, in which the Defendant is charged with the offense of INDECENCY WITH A CHILD and for cause would show the Court the following:

Defendant was re-indicted in cause number 03-F-0146-202 and was sentenced to 8 years, 15 years (3 times) and 20 years in the Texas Department of Criminal Justice-Institutional Division. In the interest of justice this case should be dismissed.

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted,

*Nicole Habersang*
NICOLE HABERSANG
ASSISTANT DISTRICT ATTORNEY

### ORDER

The foregoing Motion having been presented to me on this day and the same having been considered, it is therefore, ORDERED, ADJUDGED AND DECREED that the said above entitled and numbered cause be and the same is hereby dismissed against the Defendant, RANDY HENDERSON.

SIGNED THIS 21 DAY OF MAY, 2003.

JUDGE PRESIDING
202nd Judicial District Court
Bowie County, Texas

03 MAY 20 PM 1:21

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 202ND JUDICIAL |
| v. | § | DISTRICT COURT OF |
| RANDY HENDERSON, | § | BOWIE COUNTY, TEXAS |
| DEFENDANT | | |
| SID: **TX04157703** | | |

# JUDGMENT OF CONVICTION BY JURY;
# SENTENCE BY JURY TO INSTITUTIONAL DIVISION, TDCJ

| | |
|---|---|
| DATE OF JUDGMENT: | May 1, 2003 |
| JUDGE PRESIDING: | Bill Peek |
| ATTORNEY FOR THE STATE: | Nicole Habersang |
| ATTORNEY FOR THE DEFENDANT: | David Lashford |
| OFFENSE: | Indecency with a Child-Exposure |
| STATUTE FOR OFFENSE: | Article 22.11, Penal Code |
| DEGREE OF OFFENSE: | Third Degree Felony |
| APPLICABLE PUNISHMENT RANGE (including enhancements, if any): | Third Degree 2-10 in prison/max $10,000 fine |
| DATE OF OFFENSE: | March 1, 2000 |
| CHARGING INSTRUMENT: | Indictment |
| PLEA TO OFFENSE: | Not Guilty |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | Not Applicable |
| VERDICT FOR OFFENSE: | Guilty |
| FINDING ON ENHANCEMENT: | Not Applicable |
| AFFIRMATIVE FINDING ON DEADLY WEAPON: | Not Applicable |
| OTHER AFFIRMATIVE SPECIAL FINDINGS: | Not Applicable |
| DATE SENTENCE IMPOSED: | May 1, 2003 |
| PUNISHMENT AND PLACE OF CONFINEMENT: | 8 years in the Institutional Division-TDCJ, and a $None fine |
| TIME CREDITED TO SENTENCE: | 06-27-01 to 06-28-01 05-01-03 to Present |
| COURT COSTS: | $237.25 |
| TOTAL AMOUNT OF RESTITUTION: | $None |
| NAME AND ADDRESS FOR RESTITUTION: | |

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **apply** to the Defendant. The age of the victim at the time of the offense was **10 years old**.

This sentence shall run concurrent.

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **not guilty** and a jury, to wit: **Derek Dwight**, and eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**We, the jury, find the defendant, Randy Henderson, guilty of indecency with a child by exposure as charged in count one of the indictment.**

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**We, the jury, having found the defendant Randy Henderson, guilty of indecency with a child by exposure as charged in count one of the indictment, assess his punishment at confinement for 8 years in the Institutional Division of the Texas Department of Criminal Justice.**

A presentence investigation report **was not required or done.**

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

Special DL for Sex Offender:  Pursuant to article 42.016, Code of Criminal Procedure, the court orders the Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS) and to annually renew the license or certificate.  In addition, DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements.  In addition, the clerk of the court shall send a copy of this order to the DPS and to the Defendant.

THIS COUNT IS TO RUN CONCURRENT WITH COUNTS 3, 4, 5 AND 6.

Signed on the _16th_ day of May, 2003.

_____
Judge Presiding

Randy Henderson _____ — 03-F-6146-202
NAME                DPS NUMBER        CAUSE NUMBER

_____     I CERTIFY THAT THE ABOVE CAPTIONED INMATE HAS COMMITTED NO SERIOUS ACT OR MISCONDUCT WHILE IN MY CUSTODY

_____     I CERTIFY THAT THE ABOVE CAPTIONED INMATE COMMITTED SERIOUS ACTS OF MISCONDUCT AS FOLLOWS:

INCIDENT                               DATE

DATES SUBJECT HAS BEEN ARRESTED AND RELEASED ON THE ABOVE CAUSE NUMBER IN CHRONOLOGICAL ORDER:

IN                        OUT

| IN | OUT |
|---|---|
| 6-27-01 | 6-28-01 |
| 5-1-03 | |

_____
TDCJ COORDINATOR
_____ COUNTY SHERIFF DEPARTMENT

THIS FORM SHOULD ACCOMPANY ALL INMATES COMMITMENT PAPERS TRANSFERRED TO THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION.

ATT: STATE READY DEPARTMENT

NO. 03F0146-202 - Count 1

This page is attached hereto and made part hereof the judgment in this cause, pursuant to

Article 38.33 of the Texas Code of Criminal Procedures.

*Randy Henderson*
NAME OF DEFENDANT (PRINTED)

*Randy O. Henderson*
SIGNATURE OF DEFENDANT

DEFENDANT'S RIGHT THUMBPRINT



FILED FOR RECORD

03 MAY 20 PM 1:21

| | | |
|---|---|---|
| **STATE OF TEXAS** | )( | **IN THE 202ND JUDICIAL** |
| **VS.** | )( | **DISTRICT COURT OF** |
| **RANDY HENDERSON** | )( | **BOWIE COUNTY, TEXAS** |

## JUDGMENT

The Defendant having been indicted in the above entitled and numbered cause for the felony offense of **INDECENCY WITH A CHILD BY EXPOSURE**, and this day this cause being called for trial, the State appeared by her Assistant Criminal District Attorney, NICOLE HABERSANG, and the Defendant, RANDY HENDERSON, appeared in person and his counsel, DAVID LASHFORD, also being present, and both parties announced ready for trial, and said Defendant in open Court was duly arraigned and pleaded **NOT GUILTY** to the charge contained in Count Two of the Indictment herein; thereupon a jury, to-wit: Derek Dwight, foreman, and eleven others, was duly selected, impaneled and sworn, who, having heard the indictment read, and the Defendant's plea of not guilty thereto, and having heard the evidence submitted, and having been duly charged by the Court as their duty to determine the guilt or innocence of the Defendant, and after hearing arguments of Counsel, retired in charge of the proper officer to consider to their verdict, and afterward were brought into open Court, by the proper officer, the Defendant and his counsel being present, and in due form of law returned into open Court the following verdict, which was received and accepted by the Court and is here now entered upon the minutes of the Court, to-wit:

**NOT GUILTY**
**OF INDECENCY WITH A CHILD BY EXPOSURE**

------------------------------------------------------------------------

**IT IS THEREFORE FOUND AND ADJUDGED BY THE COURT,** that the said Defendant is **NOT GUILTY** of the offense of **INDECENCY WITH A CHILD BY EXPOSURE** in Count Two of the Indictment.

BILL PEEK, Judge of the
202nd Judicial District Court
Bowie County, Texas

5-16-03

DATE SIGNED

THE STATE OF TEXAS §

v. §

RANDY HENDERSON, §

DEFENDANT

SID: TX04157703

IN THE 202ND JUDICIAL

DISTRICT COURT OF

BOWIE COUNTY, TEXAS

# JUDGMENT OF CONVICTION BY JURY; SENTENCE BY JURY TO INSTITUTIONAL DIVISION, TDCJ

|  |  |
|---|---|
| DATE OF JUDGMENT: | **May 1, 2003** |
| JUDGE PRESIDING: | **Bill Peek** |
| ATTORNEY FOR THE STATE: | **Nicole Habersang** |
| ATTORNEY FOR THE DEFENDANT: | **David Lashford** |
| OFFENSE: | **Indecency with a Child-Sexual Contact** |
| STATUTE FOR OFFENSE: | **Article 22.11, Penal Code** |
| DEGREE OF OFFENSE: | **Second Degree Felony** |
| APPLICABLE PUNISHMENT RANGE (including enhancements, if any): | **Second Degree 2-20 in prison/max $10,000 fine** |
| DATE OF OFFENSE: | **June 1, 2000** |
| CHARGING INSTRUMENT: | **Indictment** |
| PLEA TO OFFENSE: | **Not Guilty** |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | **Not Applicable** |
| VERDICT FOR OFFENSE: | **Guilty** |
| FINDING ON ENHANCEMENT: | **Not Applicable** |
| AFFIRMATIVE FINDING ON DEADLY WEAPON: | **Not Applicable** |
| OTHER AFFIRMATIVE SPECIAL FINDINGS: | **Not Applicable** |
| DATE SENTENCE IMPOSED: | **May 1, 2003** |
| PUNISHMENT AND PLACE OF CONFINEMENT: | **15 years in the Institutional Division-TDCJ, and a $None fine** |
| TIME CREDITED TO SENTENCE: | **06-27-01 to 06-28-01** |
|  | **05-01-03 to Present** |
| COURT COSTS: | **$237.25** |
| TOTAL AMOUNT OF RESTITUTION: | **$None** |
| NAME AND ADDRESS FOR RESTITUTION: | |

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **apply** to the Defendant. The age of the victim at the time of the offense was **10 years old**.

This sentence shall run concurrent.

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **not guilty** and a jury, to wit: **Derek Dwight**, and eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**We, the jury, find the defendant, Randy Henderson, guilty of indecency with a child by sexual contact as charged in count three of the indictment.**

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

**We, the jury, having found the defendant Randy Henderson, guilty of indecency with a child by sexual contact as charged in count three of the indictment, assess his punishment at confinement for 15 years in the Institutional Division of the Texas Department of Criminal Justice.**

A presentence investigation report **was not required or done.**

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

Special DL for Sex Offender: Pursuant to article 42.016, Code of Criminal Procedure, the court orders the Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS) and to annually renew the license or certificate. In addition, DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. In addition, the clerk of the court shall send a copy of this order to the DPS and to the Defendant.

THIS COUNT IS TO RUN CONCURRENT WITH COUNTS 1, 4, 5 AND 6.

Signed on the ____ day of May, 2003.

_____
Judge Presiding

Randy Henderson _____ 03-F-0146-202
NAME                DPS NUMBER        CAUSE NUMBER

_____ I CERTIFY THAT THE ABOVE CAPTIONED INMATE
HAS COMMITTED NO SERIOUS ACT OR MISCONDUCT
WHILE IN MY CUSTODY

_____ I CERTIFY THAT THE ABOVE CAPTIONED INMATE
COMMITTED SERIOUS ACTS OF MISCONDUCT AS
FOLLOWS:

INCIDENT                                    DATE


DATES SUBJECT HAS BEEN ARRESTED AND RELEASED ON THE
ABOVE CAUSE NUMBER IN CHRONOLOGICAL ORDER:

IN                              OUT

6-27-01                        6-28-01
5-1-03


TDCJ COORDINATOR
_____ COUNTY SHERIFF DEPARTMENT

THIS FORM SHOULD ACCOMPANY ALL INMATES COMMITMENT
PAPERS TRANSFERRED TO THE TEXAS DEPARTMENT OF
CRIMINAL JUSTICE INSTITUTIONAL DIVISION.

ATT: STATE READY DEPARTMENT

NO. 03 F 146-202     Count #3

This page is attached hereto and made part hereof the judgment in this cause, pursuant to

Article 38.33 of the Texas Code of Criminal Procedures.

*Randy Henderson*
NAME OF DEFENDANT (PRINTED)


SIGNATURE OF DEFENDANT

DEFENDANT'S RIGHT THUMBPRINT

THE STATE OF TEXAS § IN THE 202ND JUDICIAL

v. § DISTRICT COURT OF

RANDY HENDERSON, § BOWIE COUNTY, TEXAS

DEFENDANT
    SID: TX04157703

# JUDGMENT OF CONVICTION BY JURY;
## SENTENCE BY JURY TO INSTITUTIONAL DIVISION, TDCJ

|  |  |
|---|---|
| DATE OF JUDGMENT: | May 1, 2003 |
| JUDGE PRESIDING: | Bill Peek |
| ATTORNEY FOR THE STATE: | Nicole Habersang |
| ATTORNEY FOR THE DEFENDANT: | David Lashford |
| OFFENSE: | Indecency with a Child-Sexual Contact |
| STATUTE FOR OFFENSE: | Article 22.11, Penal Code |
| DEGREE OF OFFENSE: | Second Degree Felony |
| APPLICABLE PUNISHMENT RANGE (including enhancements, if any): | Second Degree 2-20 in prison/max $10,000 fine |
| DATE OF OFFENSE: | October 1, 2000 |
| CHARGING INSTRUMENT: | Indictment |
| PLEA TO OFFENSE: | Not Guilty |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | Not Applicable |
| VERDICT FOR OFFENSE: | Guilty |
| FINDING ON ENHANCEMENT: | Not Applicable |
| AFFIRMATIVE FINDING ON DEADLY WEAPON: | Not Applicable |
| OTHER AFFIRMATIVE SPECIAL FINDINGS: | Not Applicable |
| DATE SENTENCE IMPOSED: | May 1, 2003 |
| PUNISHMENT AND PLACE OF CONFINEMENT: | 15 years in the Institutional Division-TDCJ, and a $None fine |
| TIME CREDITED TO SENTENCE: | 06-27-01 to 06-28-01 05-01-03 to Present |
| COURT COSTS: | $237.25 |
| TOTAL AMOUNT OF RESTITUTION: | $None |
| NAME AND ADDRESS FOR RESTITUTION: | |

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **apply** to the Defendant. The age of the victim at the time of the offense was **10 years old**.

This sentence shall run concurrent.

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **not guilty** and a jury, to wit: **Derek Dwight**, and eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

> **We, the jury, find the defendant, Randy Henderson, guilty of indecency with a child by sexual contact as charged in count four of the indictment.**

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

> **We, the jury, having found the defendant Randy Henderson, guilty of indecency with a child by sexual contact as charged in count four of the indictment, assess his punishment at confinement for 15 years in the Institutional Division of the Texas Department of Criminal Justice.**

A presentence investigation report **was not required or done**.

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

Special DL for Sex Offender: Pursuant to article 42.016, Code of Criminal Procedure, the court orders the Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS) and to annually renew the license or certificate. In addition, DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. In addition, the clerk of the court shall send a copy of this order to the DPS and to the Defendant.

THIS COUNT IS TO RUN CONCURRENT WITH COUNTS 1, 3, 5 AND 6.

Signed on the ___16___ day of May, 2003.

_____
Judge Presiding

Randy Henderson _____ 03-F-0146-202
NAME                    DPS NUMBER        CAUSE NUMBER

_____ I CERTIFY THAT THE ABOVE CAPTIONED INMATE
HAS COMMITTED NO SERIOUS ACT OR MISCONDUCT
WHILE IN MY CUSTODY

_____ I CERTIFY THAT THE ABOVE CAPTIONED INMATE
COMMITTED SERIOUS ACTS OF MISCONDUCT AS
FOLLOWS:

INCIDENT                                    DATE

DATES SUBJECT HAS BEEN ARRESTED AND RELEASED ON THE
ABOVE CAUSE NUMBER IN CHRONOLOGICAL ORDER:

IN                              OUT

6-27-01                         6-28-01
5-1-03

_____
TDCJ COORDINATOR
_____ COUNTY SHERIFF DEPARTMENT

THIS FORM SHOULD ACCOMPANY ALL INMATES COMMITMENT
PAPERS TRANSFERRED TO THE TEXAS DEPARTMENT OF
CRIMINAL JUSTICE INSTITUTIONAL DIVISION.

ATT: STATE READY DEPARTMENT

NO. 03F0146-207 Count #4

This page is attached hereto and made part hereof the judgment in this cause, pursuant to Article 38.33 of the Texas Code of Criminal Procedures.

_Randy Henderson_
NAME OF DEFENDANT (PRINTED)

_Randy Henderson_
SIGNATURE OF DEFENDANT

DEFENDANT'S RIGHT THUMBPRINT



03 MAY 20 PM 1:21

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 202ND JUDICIAL |
| v. | § | DISTRICT COURT OF |
| RANDY HENDERSON, | § | BOWIE COUNTY, TEXAS |
| DEFENDANT | | |
| SID: TX04157703 | | |

# JUDGMENT OF CONVICTION BY JURY; SENTENCE BY JURY TO INSTITUTIONAL DIVISION, TDCJ

| | |
|---|---|
| DATE OF JUDGMENT: | May 1, 2003 |
| JUDGE PRESIDING: | Bill Peek |
| ATTORNEY FOR THE STATE: | Nicole Habersang |
| ATTORNEY FOR THE DEFENDANT: | David Lashford |
| OFFENSE: | Indecency with a Child-Sexual Contact |
| STATUTE FOR OFFENSE: | Article 22.11, Penal Code |
| DEGREE OF OFFENSE: | Second Degree Felony |
| APPLICABLE PUNISHMENT RANGE (including enhancements, if any): | Second Degree 2-20 in prison/max $10,000 fine |
| DATE OF OFFENSE: | December 20, 2000 |
| CHARGING INSTRUMENT: | Indictment |
| PLEA TO OFFENSE: | Not Guilty |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | Not Applicable |
| VERDICT FOR OFFENSE: | Guilty |
| FINDING ON ENHANCEMENT: | Not Applicable |
| AFFIRMATIVE FINDING ON DEADLY WEAPON: | Not Applicable |
| OTHER AFFIRMATIVE SPECIAL FINDINGS: | Not Applicable |
| DATE SENTENCE IMPOSED: | May 1, 2003 |
| PUNISHMENT AND PLACE OF CONFINEMENT: | 15 years in the Institutional Division-TDCJ, and a $None fine |
| TIME CREDITED TO SENTENCE: | 06-27-01 to 06-28-01<br>05-01-03 to Present |
| COURT COSTS: | $237.25 |
| TOTAL AMOUNT OF RESTITUTION: | $None |
| NAME AND ADDRESS FOR RESTITUTION: | |

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **apply** to the Defendant. The age of the victim at the time of the offense was **10 years old**.

This sentence shall run concurrent.

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **not guilty** and a jury, to wit: **Derek Dwight**, and eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

> **We, the jury, find the defendant, Randy Henderson, guilty of indecency with a child by sexual contact as charged in count five of the indictment.**

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

> **We, the jury, having found the defendant Randy Henderson, guilty of indecency with a child by sexual contact as charged in count five of the indictment, assess his punishment at confinement for 15 years in the Institutional Division of the Texas Department of Criminal Justice.**

A presentence investigation report **was not required or done.**

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

Special DL for Sex Offender: Pursuant to article 42.016, Code of Criminal Procedure, the court orders the Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS) and to annually renew the license or certificate. In addition, DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. In addition, the clerk of the court shall send a copy of this order to the DPS and to the Defendant.

Cumulation Order (Art. 42.01, Sec 1(19) CCP): The court orders that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in Count 6 has ceased to operate.

THIS COUNT IS TO RUN CONSECUTIVE WITH COUNT 6 AND IS TO RUN CONCURRENT WITH COUNTS 1, 3, and 4.

Signed on the ____ day of May, 2003.

_____
Judge Presiding

Randy Henderson                                    03-F-0146-202
NAME                          DPS NUMBER           CAUSE NUMBER

_____    I CERTIFY THAT THE ABOVE CAPTIONED INMATE
           HAS COMMITTED NO SERIOUS ACT OR MISCONDUCT
           WHILE IN MY CUSTODY

_____    I CERTIFY THAT THE ABOVE CAPTIONED INMATE
           COMMITTED SERIOUS ACTS OF MISCONDUCT AS
           FOLLOWS:

INCIDENT                                                DATE


DATES SUBJECT HAS BEEN ARRESTED AND RELEASED ON THE
ABOVE CAUSE NUMBER IN CHRONOLOGICAL ORDER:

        IN                              OUT


    6-27-01                          6-28-01
    5-1-03


_____
TDCJ COORDINATOR
_____ COUNTY SHERIFF DEPARTMENT

THIS FORM SHOULD ACCOMPANY ALL INMATES COMMITMENT
PAPERS TRANSFERRED TO THE TEXAS DEPARTMENT OF
CRIMINAL JUSTICE INSTITUTIONAL DIVISION.

ATT: STATE READY DEPARTMENT

NO. 03F0146-202 · Count 5

This page is attached hereto and made part hereof the judgment in this cause, pursuant to Article 38.33 of the Texas Code of Criminal Procedures.

_Randy Henderson_
NAME OF DEFENDANT (PRINTED)

SIGNATURE OF DEFENDANT

DEFENDANT'S RIGHT THUMBPRINT



Cause No. 03-F-0146-202 (COUNT SIX) **TRN 9027854769**

03 ... 20 PM 1:21

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 202ND JUDICIAL |
| v. | § | DISTRICT COURT OF ... TX |
| RANDY HENDERSON, | § | BOWIE COUNTY, TEXAS |
| DEFENDANT | | |
| SID: **TX04157703** | | |

# JUDGMENT OF CONVICTION BY JURY; SENTENCE BY JURY TO INSTITUTIONAL DIVISION, TDCJ

| | |
|---|---|
| DATE OF JUDGMENT: | **May 1, 2003** |
| JUDGE PRESIDING: | **Bill Peek** |
| ATTORNEY FOR THE STATE: | **Nicole Habersang** |
| ATTORNEY FOR THE DEFENDANT: | **David Lashford** |
| OFFENSE: | **Indecency with a Child-Sexual Contact** |
| STATUTE FOR OFFENSE: | **Article 22.11, Penal Code** |
| DEGREE OF OFFENSE: | **Second Degree Felony** |
| APPLICABLE PUNISHMENT RANGE (including enhancements, if any): | **Second Degree 2-20 in prison/max $10,000 fine** |
| DATE OF OFFENSE: | **December 20, 2000** |
| CHARGING INSTRUMENT: | **Indictment** |
| PLEA TO OFFENSE: | **Not Guilty** |
| PLEA TO ENHANCEMENT PARAGRAPH(S): | **Not Applicable** |
| VERDICT FOR OFFENSE: | **Guilty** |
| FINDING ON ENHANCEMENT: | **Not Applicable** |
| AFFIRMATIVE FINDING ON DEADLY WEAPON: | **Not Applicable** |
| OTHER AFFIRMATIVE SPECIAL FINDINGS: | **Not Applicable** |
| DATE SENTENCE IMPOSED: | **May 1, 2003** |
| PUNISHMENT AND PLACE OF CONFINEMENT: | **20 years in the Institutional Division-TDCJ, and a $None fine** |
| TIME CREDITED TO SENTENCE: | **06-27-01 to 06-28-01** <br> **05-01-03 to Present** |
| COURT COSTS: | **$237.25** |
| TOTAL AMOUNT OF RESTITUTION: | **$None** |
| NAME AND ADDRESS FOR RESTITUTION: | |

The **Sex Offender Registration Requirements** under Chapter 62, CCP, **apply** to the Defendant. The age of the victim at the time of the offense was **10 years old**.

This sentence shall run concurrent.

On the date stated above, the above numbered and entitled cause was regularly reached and called for trial, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for trial, and the Defendant pleaded **not guilty** and a jury, to wit: **Derek Dwight**, and eleven others, was duly selected, impaneled and sworn. Having heard the evidence submitted and having been duly charged by the Court, the jury retired to consider their verdict. Afterward, being brought into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

> **We, the jury, find the defendant, Randy Henderson, guilty of indecency with a child by sexual contact as charged in count six of the indictment.**

Thereupon, the Defendant having previously elected to have the punishment assessed by the jury, pleaded to the enhancement paragraphs, if any, as stated above, and the jury was called back into the box and heard evidence related to the question of punishment. Thereafter, the jury retired to consider such question and, after having deliberated, the jury was brought back into open court by the proper officer, the Defendant, the Defendant's attorney, and the State's attorney being present, and being asked if the jury had agreed upon a verdict, the jury answered it had and returned to the Court a verdict, which was read aloud, received by the Court, and is now entered upon the Minutes of the Court as follows:

> **We, the jury, having found the defendant Randy Henderson, guilty of indecency with a child by sexual contact as charged in count six of the indictment, assess his punishment at confinement for 20 years in the Institutional Division of the Texas Department of Criminal Justice.**

A presentence investigation report **was not required or done.**

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ**, there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence.

The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

**Furthermore, the following special findings or orders apply:**

Special DL for Sex Offender: Pursuant to article 42.016, Code of Criminal Procedure, the court orders the Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS) and to annually renew the license or certificate. In addition, DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. In addition, the clerk of the court shall send a copy of this order to the DPS and to the Defendant.

Cumulation Order (Art. 42.01, Sec 1(19) CCP): The court orders that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in Count 5 has ceased to operate.

THIS COUNT IS TO RUN CONSECUTIVE WITH COUNT 5 AND IS TO RUN CONCURRENT WITH COUNTS 1, 3, and 4.

Signed on the ___1 o___ day of May, 2003.

_____
Judge Presiding

Randy Henderson                    03-F-0146-202
NAME              DPS NUMBER        CAUSE NUMBER

_____  I CERTIFY THAT THE ABOVE CAPTIONED INMATE
         HAS COMMITTED NO SERIOUS ACT OR MISCONDUCT
         WHILE IN MY CUSTODY

_____  I CERTIFY THAT THE ABOVE CAPTIONED INMATE
         COMMITTED SERIOUS ACTS OF MISCONDUCT AS
         FOLLOWS:

<u>INCIDENT</u>                                    <u>DATE</u>

DATES SUBJECT HAS BEEN ARRESTED AND RELEASED ON THE
ABOVE CAUSE NUMBER IN CHRONOLOGICAL ORDER:

<u>IN</u>                              <u>OUT</u>

6-27-01                          6-28-01
5-1-03

_____
TDCJ COORDINATOR
_____ COUNTY SHERIFF DEPARTMENT

THIS FORM SHOULD ACCOMPANY ALL INMATES COMMITMENT
PAPERS TRANSFERRED TO THE TEXAS DEPARTMENT OF
CRIMINAL JUSTICE INSTITUTIONAL DIVISION.

ATT: STATE READY DEPARTMENT

NO. 03F0146-202 — Count 6

This page is attached hereto and made part hereof the judgment in this cause, pursuant to

Article 38.33 of the Texas Code of Criminal Procedures.

Randy Henderson
NAME OF DEFENDANT (PRINTED)

SIGNATURE OF DEFENDANT

DEFENDANT'S RIGHT THUMBPRINT



NO. 03-F-0146-202  (COUNT SEVEN)

FILED FOR RECORD
03 MAY 20 PM 1:21

| | | |
|---|---|---|
| STATE OF TEXAS | )( | IN THE 202ND JUDICIAL |
| VS. | )( | DISTRICT COURT OF |
| RANDY HENDERSON | )( | BOWIE COUNTY, TEXAS |

## JUDGMENT

The Defendant having been indicted in the above entitled and numbered cause for the felony offense of **AGGRAVATED SEXUAL ASSAULT OF A CHILD,** and this day this cause being called for trial, the State appeared by her Assistant Criminal District Attorney, NICOLE HABERSANG, and the Defendant, RANDY HENDERSON, appeared in person and his counsel, DAVID LASHFORD, also being present, and both parties announced ready for trial, and said Defendant in open Court was duly arraigned and pleaded **NOT GUILTY** to the charge contained in Count Two of the Indictment herein; thereupon a jury, to-wit: Derek Dwight, foreman, and eleven others, was duly selected, impaneled and sworn, who, having heard the indictment read, and the Defendant's plea of not guilty thereto, and having heard the evidence submitted, and having been duly charged by the Court as their duty to determine the guilt or innocence of the Defendant, and after hearing arguments of Counsel, retired in charge of the proper officer to consider to their verdict, and afterward were brought into open Court, by the proper officer, the Defendant and his counsel being present, and in due form of law returned into open Court the following verdict, which was received and accepted by the Court and is here now entered upon the minutes of the Court, to-wit:

### NOT GUILTY
### OF AGGRAVATED SEXUAL ASSAULT OF A CHILD

------------------------------------------------------------

IT IS THEREFORE FOUND AND ADJUDGED BY THE COURT, that the said Defendant is **NOT GUILTY** of the offense of **AGGRAVATED SEXUAL ASSAULT OF A CHILD** in Count Seven of the Indictment.

BILL PEEK, Judge of the
202nd Judicial District Court
Bowie County, Texas

5-16-03
DATE SIGNED

INMATE TRACKING SYSTEM
COMMITMENT DATA FORM

SID NO.....: 04157703      TDC NO: 01170754      PIA NO:  000000
NAME.......: HENDERSON,RANDY                     DOB: 08/27/1964  RACE: B  SEX: M
RECEIVED..: 06/19/2003 UNIT...: B    BETO
SENT BEGN.: 04/29/2003
NET SENT..: 0035Y 00M 00D LEGISLATURE:    73RD      OUT OF CUST.:                S3
MIN EXP DT: 01/01/0001  MS CALC CD.: N           BONUS TIME..:       0
MAX EXP DT: 04/28/2038  PAR CALC CD: FLAT ONLY   TDC CALC PAR: 10/28/2010
CALC. PAROLE ELIG. ON CALENDAR TIME             03-F-0146-202      05
CALC. PAROLE ELIG. ON CALENDAR TIME             03-F-0146-202      06

REMARKS...: 11-25-13   REC'D NPT FROM BOWIE COUNTY CORRECTING
                       CU ORDER. DUE TO LEGAL OPINION FROM OGC
                       COUNTS 5 & 6 WILL ONLY BE STACKED TO CT
                       3 & 4 WHICH ARE THE CONTROLLING CU RELAT
                       THIS IS A CU CASE, CAUSE #03F0146-202 CT
                       3&4 SBD 4-29-03 ARE ELIG FOR PAROLE,
                       TIME CALC IN CT 5 & 6 ARE PENDING BPP
                       VOTE ON CT 3&4.
                       MAX: 4-28-2038

                       GAG

*Sentence making two consecutive sentences concurrent and two consecutive sentences making of my sentence has created one over-sentence (this change came about almost ten years later)*



## State Counsel for Offenders
### A Division of Texas Department of Criminal Justice
P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

9/30/2014

Randy Henderson
TDCJ #1170754
Beto Unit (B1/022)

Dear Mr. Henderson:

Your records have been updated. The Board of Pardons and Parole voted on 03/01/2014 to allow Counts 3 & 4 of Cause No. 03-F-0146-202 to "cease to operate". This allowed counts 5(7)6 to begin. With the jail time credit awarded to these to counts, it resulted in sentence begin date of 02/27/2014.

Sincerely,

J. Moore

J. Moore
Legal Assistant Support Manager
Appellate Section

cc: file

Today notice another charge was a conviction
that I was found not guilty of is now added
to my order (see Amended Judgment) now they
have made my second sentence aggravated and
I must do 10 yrs on the 20yr to come up for
parole. See time sheet, count 7 judgment, and
I 60 from parole.

At no time of my Judgment and sentence
or my Incarceration do count seven
appears until illegal changes begins